## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Hyun Jin Choi

                Plaintiff,

v.

Case No.: 1:15−cv−08624
Honorable Samuel Der−Yeghiayan

KG Sales, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 12, 2016:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held. Counsel for Plaintiff appeared and reported to the Court that the parties have reached a settlement and a check has been tendered. The instant action is hereby dismissed pursuant to settlement without prejudice to move to reinstate within 30 days. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.